ISABEL L. KLEIN, Appellant, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent. ISABEL L. KLEIN, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgments unanimously affirmed, with one bill of costs of these appeals to the respondents. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

YORK MORTGAGE COMPANY, Respondent, v. ANGELO G. CRIBARI, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

SEYMOUR HARRIS, Appellant, v. STANLEY DRY GOODS Co., INC., and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

KATHLEEN FUQUA, on Behalf of Herself and on Behalf of All Other Stockholders of the KNICKERBOCKER DISCOUNT CORPORATION OF NEW YORK, and Others, Appellants, v. E. NELSON SIMS and Others, Defendants, Impleaded with FRANCES S. COPELAND, as Administratrix, etc., of ROYAL S. COPELAND, Deceased, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

XENIA McDADE, Respondent, and ROBERT McDADE, Plaintiff, v. FULLER CANNERIES Co. and Another, Defendants, Impleaded with THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

LOUIS GERSHOWITZ, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

LOUIS BORDES, Appellant, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Order granting defendant's motion to set aside the verdict of the jury in plaintiff's favor, and judgment dismissing the complaint reversed, and the verdict reinstated, with costs to the appellant, on the ground that defendant's negligence and plaintiff's freedom from contributory negligence, under the circumstances of this case, were issues of fact for the jury to determine. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD WAGNESS, Appellant.— Judgment unanimously reversed and the information dismissed, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Arbitration of Certain Differences between NEW YORK LIFE INSURANCE COMPANY, Respondent, and JAMES A. TILLMAN, Appellant. (Arbitration under "Bund" Contract of July 18, 1930: Claim on Graap Policy No. 2518953: Second Arbitration.) — Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.